

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2021

No. 04-21-00173-CR

Uzziel N. Munoz **CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 549370
Honorable John Longoria, Judge Presiding

## O R D E R

Appellant's brief was originally due September 22, 2021; however, the court granted an extension of time until October 22, 2021. Neither the brief nor a motion for extension of time has not been filed.

We therefore **order** appointed appellate counsel, Staci Krause, to file the appellant's brief by **November 15, 2021**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2021.

_____
Michael A. Cruz,
Clerk of Court